
Case: 1:20-cv-05016 Document #: 1-1 Filed: 08/26/20 Page 1 of 15 PageID #:16









# ПОИСК ЛЮДЕЙ, ПОСТРАДАВШИХ ОТ ИННЫ И ДМИТРИЯ ЧЕБАНЕНКО ›

PRIVATE GROUP · 116 MEMBERS

  

Rooms     Photos     Events     Files     Albui

 Write something...

 Live      Photo      Room

  

EXHIBIT

B

 **Svyatoslav Likanov**

🛡 Admin · Jun 26 · 🔳

‼ ! 🆘 Друзья, всем привет! Этот случай произошёл недавно с человеком в компании Инны Чебаненко и Дмитрия Чебаненко. Как и на других водителей, на него оказывалось, как моральное, так и материальное давление с целью принудить его работать сверхурочно, сматывая на его траке пробеги, и путём взлома электронной с... See More







 6

4 Comments    Seen by 66

 Like

 Comment

 **Svyatoslav Likanov**

⬡ Admin · Jun 27 ·

🆘🆘🆘‼️ ❗ Доброго всем времени суток! Этот пост о погибшем Mihai Portean, он работал водителем в компании Инны и Дмитрия Чебаненко, где его принуждали работать сверхурочно и по 3 раза в сутки меняли показания в системе контроля учёта отдыха водителя ( logbook). В тот роковой день он начал свою рабочую смену в 6:30 утра и через 21 час в 3:30 утра следующего дня, он обессиленный остановил свой трак на обочине автомагистрали I 30 в штате Арканзас, где он вышел из машины и на него совершил наезд водитель другого грузовика. Семье погибшего, хозяева компании ни только не оказали ни какой помощи, но и всячески препятствовали установлению всех фактов и обстоятельств этого происшествия. Из-за того, что большинство водителей в их компании устроены на работу нелегально, семье погибшего Михая не удалось  получить возмещения от страховых компаний. Ему было всего 24 года, он был единственным сыном в семье...🆘🆘🆘➖➖➖

❗ ❗ ❗ ❗



# THE LAW OFFICES OF FEDOR KOZLOV, P.C.

Fedor A. Kozlov, Esq.
*Principle Attorney*

Alex Neukirch, Esq.
*Sr. Associate Attorney*

Irina Melnik, Esq.
*Sr. Associate Attorney*

## Attorneys At Law



July 7, 2020

Tamara Kozlova, CBA
*Offices & Projects Manager*

Oleh Feduniak
*Paralegal*

Deborah Ritz, Esq.
*Associate Attorney*

**VIA EMAIL**

Svyatoslav Likanov
Martinautoparts2020@gmail.com

      RE:    *Dmitriy Chebochenko & GIG Logistics Inc. v. Svyatoslav Likanov*

Dear Mr. Likanov,

Please be advised that my office has been retained by Mr. Chebochenko and GIG Logistics, Inc. in regard to your recent defamatory statements and other unlawful activities with respect to the above-captioned matter.

It is our understanding that you arrived in the United States in February, 2020. Almost immediately upon your arrival, you contracted with my clients and entered into an independent contractor agreement. GIG Logistics, Inc. never employed you on a W-2 basis, and you worked only as a 1099, independent contractor driver for GIG Logistics, Inc. Upon information and belief, you provided assurances to my clients that you were authorized to work in the U.S. and that you maintained the appropriate legal status.

After several months of working, you caused property damage to one of my client's vehicles. Upon further investigation, an authorized agent of GIG Logistics, Inc. and Dmitriy Chebochenko demanded that you return his property back and immediately cease performing any logistic services for GIG Logistics, Inc. You refused to follow those instructions. Upon information and belief, you stole property that belongs to GIG Logistics, Inc. from a truck. Thereafter, you published multiple videos where you intentionally and willingly destroyed and damaged property that belongs to GIG Logistics, Inc. and its clients. My firm has recorded, downloaded and otherwise obtained multiple videos of your acts. Dmitriy Chebochenko also filed police reports against you with the Chicago Police and Melrose Park Police Departments. Upon information and belief, a detective has been assigned to this case, and the investigation is pending.

Thereafter, you posted multiple videos where you defame, without any evidence or proof whatsoever, GIG Logistics, Inc's business practices and the moral character of Dmitriy Chebochenko and his family. These actions were performed without any basis and with the specific intent to damage our client's business. Such acts under Illinois law qualify as tortious interferences with business relationships, defamation and conversion for which you can be held liable and responsible to compensate our client for actual and punitive damages.

**EXHIBIT**

tabbies®

*C*

1990 E. Algonquin Road, Ste. 230
Schaumburg, IL 60173
P: 847.241.1299 | F: 847.241.1166

www.lawyer-il.com
www.nslslaw.com

321 North Clark Street, Ste. 500
Chicago, IL 60654
P: 847.241.1299 | F: 847.241.1166

# THE LAW OFFICES OF FEDOR KOZLOV, P.C.

Fedor A. Kozlov, Esq.
*Principle Attorney*

Alex Neukirch, Esq.
*Sr. Associate Attorney*

Irina Melnik, Esq.
*Sr. Associate Attorney*

## Attorneys At Law



Tamara Kozlova, CBA
*Offices & Projects Manager*

Oleh Feduniak
*Paralegal*

Deborah Ritz, Esq.
*Associate Attorney*

Moreover, you employed the services of an internet blogger, who assisted you in facilitating and spreading false and fraudulent information in regards to our clients. In multiple videos that we observed and recorded, you and your assistant continued to defame Dmitriy Chebochenko and GIG Logistics, Inc. without any legitimate basis or reason. You and your assistant engaged in soliciting other drivers to join you in the defaming acts. You and your assistant made several statements in regards to the legal rights of individuals that could qualify as the "unauthorized practice of the law." Finally, upon information and belief, you and your assistant used these false and defamatory videos solely for monetary gain.

Because the underlying events occurred in Illinois, only Illinois has proper jurisdiction over this matter. GIG Logistics, Inc. and Dmitriy Chebochenko have several options under Illinois law. If GIG Logistics Inc. and Dmitriy Chebochenko were to file a lawsuit against you, they would be entitled to seek: (1) preliminary and permanent injunctive relief; (2) actual monetary damages; (3) punitive damages; (4) reimbursement of attorney's fees required to prosecute a lawsuit against you; and (5) monetary damages for damage to GIG Logistic Inc.'s goodwill in the market.

Please be advised that GIG Logistics Inc. and Dmitriy Chebochenko will undertake all appropriate steps to protect themselves and their associated goodwill. **You must immediately cease and desist all defamatory actions, including, but not limited to, statements, videos, blogs and communications with our clients' contractors and agents. You can avoid legal action by immediately ceasing and desisting from making any and all false and fraudulent statements that tortuously interfere with our clients' business.**

**Furthermore, because it appears that litigation may be imminent, you must take all necessary steps to preserve all forms of paper and electronic evidence that will be relevant to this litigation. Accordingly, we demand that you preserve and not delete, discard, overwrite or otherwise destroy, any and all originals and copies of all documents, including e-mails, instant and text messages, PDF, video recordings and other electronically-stored documents, correspondence, memoranda, faxes, charts, plans, graphs, notes, photographs, recorded voicemails and any and all other documents or tangible materials – whether stored on home or personal computers or in any other storage device concerning or in any way relating to GIG Logistics, Inc. and Dmitriy Chebochenko.**

Finally, I am sending this correspondence directly to your attention because I have not been advised that you are currently represented by legal counsel in connection with this matter. If you are represented by legal counsel, immediately provide me with the name of your attorney so that my office can forward this and future communications to his or her attention.

Please feel free to call my office if you wish to discuss this further.

Sincerely,

Fedor Kozlov, Esq.

1990 E. Algonquin Road, Ste. 230
Schaumburg, IL 60173
P: 847.241.1299 | F: 847.241.1166

www.lawyer-il.com
www.nslslaw.com

321 North Clark Street, Ste. 500
Chicago, IL 60654
P: 847.241.1299 | F: 847.241.1166

10:50  ◄ Gmail  ∷ LTE 🔋

‹  🔍  •••



# Департамент по защите обманутых дальнобойщиков США ›

PUBLIC GROUP · 117 MEMBERS

**Join Group**

## About

Если Вы стали жертвами преступлений, связанными с траковым бизнесом в США, обращайтесь к нам, мы поможем.... **See More**

### Public
Anyone can see who's in the group and what they post

### Visible
Anyone can find this group.

### History
Group created on July 30, 2020



EXHIBIT

D

     

10:50

◀ Gmail

**.il LTE** 🔋

 **Департамент по защи...** 🔍 •••

◀

👍😆 13      39 Comments   5 Shares   Seen by 44

👍 Like           ↪ Share

 **Svyatoslav Likanov**     •••

July 30 at 11:19 PM · 🌐

Greetings to all! It's time to stop the lawlessness that is happening in the United States in transport companies organized by our compatriots from the CIS countries! A business that violates all kinds of laws of the United States and people do not consider people. With a common effort, we will be able to promptly help countrymen who have faced deception one on one. We must develop effective ways to combat the unfair owners of such transport companies in order to stop the work of such " businesses ' ' and not let people deceive and torment. To achieve justice by a collective method – one for all and all for one! Stop being each other 🐴 , let's change the wo... See More

✳ · Rate this translation

👍😆 9                                     Seen by 39

👍 Like           ↪ Share

10:58 ✈    •ıI LTE ◼

←     Law Office of Fedor Kozlov...     ⋮

ОБЗОР    НОВОЕ    ОТЗЫВЫ    ФОТО    О МЕСТ|

по релевантности ▼

 **SVYATOSLAV LIKANOV**

6 минут назад

**Отрицательные:** Отношение к клиентам, Профессионализм

Защищают банду мошенников, на которых уже открыты дела в ФБР и уголовные дела в России, я Святослав Ликанов, работал в транспортной компании GIG Logistics, владельцы этой компании нарушают законы США много лет, можно проверить просто загуглив Инна Чебаненко - владелец этой компании, вместе с Дмитрием Чебаненко, их соучастник блогер Сергей Калужин. Они организовали преступный бизнес в Чикаго, заманивают русскоговорящих туристов из стран СНГ, в обход всех законов, с обычными водительскими правами и без соответствующей подготовки сажают работать на пикаптраки, чтобы те развозили по 3 машины на трейлерах по всем США. 99% работы этой компании, это преступления:

1. Водители не имеют водительских прав CDL, хотя ежедневно умышленно ездят с перевесом.

2. Водителям скручивют электронную систему Логбук и водителей принуждают ездить сверхурочно по 16-20 часов в сутки.

EXHIBIT
E
tabbies'

10:58

.ıl LTE

← Law Office of Fedor Kozlov…    ⋮



ОБЗОР    НОВОЕ    ОТЗЫВЫ    ФОТО    О МЕСТ

Водители ездят сонные и постоянно попадают в ДТП, есть и смертельные случаи.

3. Пикаптраки в основном взяты в лизинг у компании Форд, на которых скручиваются пробеги сотрудником их компании Олегом при каждой замене в их шапе, для того, чтобы бесплатно менять вышедшие из строя узлы и агрегаты.

4. Автомобили и прицепы часто ездят с неисправной тормозной системой и лысыми шинами.

5. Объезд Вейтстейшенов ( станций весового контроля) - это обязательное правило для всех водителей компании.

6. Отправка наличных денег почтой ( все водители обязаны отправлять весь кэш почтой в офис, отмывание денег.

7. Придумана схема устройства на работу нелегалов.

8. Подделка документов.

9. Мошенничество в сфере ухода от уплаты налогов. Они открывают «фирмы-однодневки» работают по ним несколько месяцев, затем их банкротят и открывают новые.

10. Они не платят зарплату своим водителям, многих обманывают на деньги.

10:58 ✔ ․ㅐㅐ LTE ▪

← Law Office of Fedor Kozlov… ⋮



ОБЗОР    НОВОЕ    ОТЗЫВЫ    ФОТО    О МЕСТ

9. Мошенничество в сфере ухода от уплаты налогов. Они открывают «фирмы-однодневки» работают по ним несколько месяцев, затем их банкротят и открывают новые.
10. Они не платят зарплату своим водителям, многих обманывают на деньги.

Когда я увидел и осознал весь беспредел, который происходит в этой компании, я решил, что должен положить конец этому и решил делать это публично, так как опасаюсь за свою жизнь. Потому что эти люди позиционируют себя, что они из уголовного мира. Я написал, смывающейся краской, на моём рабочем траке текст с призывами о помощи и поехал в центр Чикаго напротив Трамп отеля, вызвал полицию и сообщил о преступлениях этой компании, после того, как полиция уехала, приехали менеджеры этой компании и совершили на меня нападение, после чего приехала полиция ещё раз. Я обратился в ФБР и помогаю расследовать преступления этой компании. И представьте наглость этих людей - они решили подать на меня в суд за то, что я написал призывы о помощи, смывающейся краской... и в этой компании им помогают.... противно

